# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | § |
| | § C. A. No. 12-cv-90-RGA |
| Plaintiff, | § |
| | § JURY TRIAL DEMANDED |
| v. | § |
| | § |
| E*TRADE FINANCIAL CORPORATION, | § |
| | § |
| Defendant. | § |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Pragmatus Telecom LLC ("Pragmatus") and Defendant E*TRADE Financial Corporation ("E*TRADE"), hereby stipulate to dismiss with prejudice all claims and counterclaims asserted between Pragmatus and E*TRADE in this action. Each side shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

By: /s/ Denise S. Kraft
    Denise S. Kraft (ID No. 2778)
    Aleine M. Porterfield (ID No. 5053)
    Brian A. Biggs (ID No. 5591)
    DLA PIPER LLP (US)
    919 North Market Street, 15th Floor
    Wilmington, DE 19801-3046
    Telephone: 302.468.5700
    Facsimile: 302.394.2341
    denise.kraft@dlapiper.com
    aleine.porterfield@dlapiper.com
    brian.biggs@dlapiper.com

OF COUNSEL:

    Richard de Bodo *(pro hac vice)*
    Andrew V. Devkar *(pro hac vice)*
    Patrick S. Park *(pro hac vice)*
    DLA PIPER LLP (US)
    2000 Avenue of the Stars
    Suite 400 North Tower
    Los Angeles, CA 90067-6023
    Telephone: 310.595.3000
    Facsimile: 310.595.3300
    richard.debodo@dlapiper.com
    andrew.devkar@dlapiper.com
    patrick.park@dlapiper.com

**ATTORNEYS FOR DEFENDANT**
**E*TRADE FINANCIAL CORPORATION**

By: /s/ Brian E. Farnan
    Brian E. Farnan (D.E. No. 4089)
    FARNAN LLP
    919 North Market Street
    12th Floor
    Wilmington, DE 19801
    Telephone: (302) 777-0300
    Facsimile: (302) 777-0301
    bfarnan@farnanlaw.com

OF COUNSEL:

    Andrew G. DiNovo
    Texas State Bar No. 00790594
    Adam G. Price
    Texas State Bar No. 24027750
    Chester J. Shiu
    Texas State Bar No. 24071126
    DiNovo Price Ellwanger & Hardy LLP
    7000 N. MoPac Expressway, Suite 350
    Austin, Texas 78731
    Telephone: (512) 539-2626
    Telecopier: (512) 539-2627
    Email: adinovo@dpelaw.com

**ATTORNEYS FOR PLAINTIFF**
**PRAGMATUS TELECOM, LLC**

SO ORDERED this ___9th___ day of April, 2013.

_____
The Honorable Richard G. Andrews